Verde law Firm, PLLC.
RafaelVerde, Esq
Counsel for Petitioner
850 NW 42nd Ave
Ste. 306
Miami, FL 33126

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALEJANDRO COLUMBIE CASTILLO,

                Petitioner,

     v.

Warden of Broward Transitional Center,

GARRET J. RIPA, in his official capacity as
ICE Field Director,

Secretary of the Department of
Homeland Security,

PAMELA BONDI, in her official
capacity as the United States Attorney
General,

                Respondents.

Case No. 0:26-cv-60812-MD

**NOTICE OF FILING APPENDIX IN
SUPPORT OF PETITION FOR WRIT
OF HABEAS CORPUS**

IMMIGRATION HABEAS CASE

## INTRODUCTION

1.    Petitioner, ALEJANDRO COLUMBIE CASTILLO, by and through undersigned, hereby submits this Notice of Filing Appendix in support of the previously filing Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

2.    In support thereof, Petitioner submits the following documents as attachments:

- Exhibit 1, Copy of Petitioner' NTA;
- Exhibit 2, Copy of Immigration Judge's Order dated October 10th, 2025;
- Exhibit 3, ICE Detainee Locator;
- Exhibit 4, Copy of Immigration Judger's Order dated January 6th, 2026;
- Exhibit 5, Copy if Immigration Judge's Order dated March 9th, 2026;
- Exhibit 6, Copy of Petitioner's employer verification letter;
- Exhibit 7, Petitioner's family and friend personal statements, along with copy of their identification;
- Exhibit 8, Petitioner's sponsor letter of support, along with a copy of the sponsor's identification and the sponsor's 2023–2025 joint Federal Income Tax Returns.

These exhibits are provided in support of the claims and arguments set forth in the petition.

Respectfully submitted,

DATED this 24th of March, 2026.

/s/ *Rafael Verde*

Rafael Verde, Esq.
Counsel for Petitioner
850 NW 42nd Ave
Ste. 306
Miami, FL 33126
EOIR ID: HH284988
*Attorneys for Petitioner*

PETITION FOR WRIT OF HABEAS CORPUS - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2026, a true and correct copy of the foregoing Notice of Filing Appendix in Support of Petition for Writ of Habeas Corpus, along with all attachments, was filed electronically using the CM/ECF system, which will send notification to all parties of record.

DATED this 24th of March, 2026.

Respectfully submitted,

/s/ *Rafael Verde*
_____
Rafael Verde, Esq.
Counsel for Petitioner
850 NW 42nd Ave
Ste. 306
Miami, FL 33126
EOIR ID: HH284988
*Attorneys for Petitioner*

PETITION FOR WRIT OF HABEAS CORPUS - 2