

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
MIAMI IMMIGRATION COURT

Respondent Name:
COLUMBIE-CASTELLANO, RO

To:
COLUMBIE-CASTELLANO, RO
FRANCISCO CABRERA
5848 LIME RD
WEST PALM BEACH, FL 334 1

A-Number:
241-702-200
Riders:
In Removal Proceedings
Initiated by the Department
Date:
10/10/2025

ORDER ON MOTION TO DISMISS

☐ The Respondent ☑ the Department of Homeland Security has filed a motion to dismiss these removal proceedings, and has provided notice of the motion to the non-moving party and with an opportunity to respond. ☐ The motion is opposed.

After considering the facts and circumstances, the motion to dismiss is:

☑ Granted without prejudice
☐ Denied

Further explanation:

IT IS SO ORDERED.

Immigration Judge ABRAHAM BURGES

## Certificate of Service

This document was served by

Via: [:M] Mail | [P] Personal Service | [E] Electronic Service on [cc] Address available

To: [P] Alien | [ ] Alien c/o custodial Officer | [ ] Alien atty/rep | [ ] DHS

Respondent name: COUMBIE-CASALE, LANDRO   A Number: b2e4r1-702-200

Riders:

Date: 10/10/2025   BY: BURGES ABRAHAM, Immigration Judge