

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
MIAMI KROME IMMIGRATION COURT

Respondent Name:
COLUMBIE CASTELLANO, RO

To:
Verde, Rafael
850 NW 42Ave
Suite 306
Miami, FL 33126

A-Number:
241-702-200
Riders:
In Custody Redetermination

Date:
01/06/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody ... Based on the evidence presented, the request for the respondent's in custody...

☑ Denied, because
Based on the plain language of sect
Nationality
Act, 8 U.S.C. § 1225(b)(2)(A) (2018
bond
requests or to grant bond to aliens
admission. See Matter of ..., 29 I&N Dec. ... (2025).

☐ Granted. It is ordered that Respondent be
  ☐ released from custody on his own recogn
  ☐ released from custody under bond of $
  ☐ other:

☐ Other:

Immigration Judge: MONICA NEUMANN

Appeal: Department of Homeland Security Reserved: ☑ waived ☑ reserved
Respondent: ☐ waived ☑ reserved
Appeal Due: 02/05/2026

Certificate of Service

This document was served
Via: [M] Mail [P] Personal Service [E] Electronic Service to counsel [c] Address availabl
To: [] Alien [] Alien c/o custodial officer [] Alien's atty/rep [] DHS
Respondent Name: COLUMBIA STILLWELL, JANDRO     A Number: 241-702-200
Riders:
Date: 01/06/2026   By: MONICA NEUMANN, Immigration Judge