

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
MIAMI KROME IMMIGRATION COURT

Respondent Name:
COLUMBIE CASTELLANDRO

To:

Verde, Rafael
850 NW 2Ave
Suite 306
Miami, FL 33126

A-Number:
241-702-200
Riders:
In Custody Redetermination

Date:
03/09/2026

ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody of a filter determination the evidence presented, the respondent's in custody

☑ Denied, because
No material change in circumstances
6, 2026 before IJ Neuman. see 8 CFR

Based on the plain language of sect
an Nationality, 8 U.S.C. § 1225(b)(2)(A)
authority to request or to grant bond
United States admission without Parole, 29 I
216 (2025).

Alternatively, Respondent has not met his
Respondent was NTs misgees by on Judge to Burr
application for relief for Responde
Guerra.

☐ Granted. It is ordered that Respondent be
☐ released from custody on his own recogn
☐ released from custody under bond of $
☐ other:

☐ Other:

Stuart A. Siegel

Immigration Judge: Stuart A. Siegel

Appeal: Department of Homeland Security reserved:
Appeal Due By: 04/08/2026

Respondent: ☐ waived ☑ reserved

Appeal: ☑ waived ☐ reserved

Certificate of Service

This document was served
Via: [M] Mail [P] Personal service [E] Electronic service, if address available
To: [ ] Alien [ ] Alien c/o custodial officer [ ] Alien's atty/rep [ ] DHS

Respondent: COLUMBIA ESTILLA, JANDRO      A Number: 241-702-200

Riders:

Date: 03/09/2026      By: Court Staff