**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-60812-CIV-DAMIAN**

**ALEJANDRO COLUMBIE CASTILLO**,

      *Petitioner*,

v.

**WARDEN, BROWARD TRANSITIONAL
CENTER, *et al*.,**

      *Respondents*.

_____/

**<u>RESPONDANTS' NOTICE OF APPEARANCE AND COMPLIANCE WITH ORDER</u>**

Consistent with this Court's Order that "Counsel for Respondents shall immediately, in writing, notify the Court of receipt of this Order and the name of the attorney(s) to whom the case is assigned," (ECF No. 4 at 2). Respondents, by and through the undersigned Assistant United States Attorney, respectfully provide notice that Assistant United States Attorney Alexander N. DerGarabedian, 500 East Broward Blvd., Fort Lauderdale Florida, has been assigned responsibilities in this case.

      Respectfully submitted,

      **JASON A. REDING QUIÑONES**
      **UNITED STATES ATTORNEY**

By:    s/ *Alexander N. DerGarabedian*
       Alexander N. DerGarabedian
       ASSISTANT U.S. ATTORNEY
       Court ID A5503439
       United States Attorney's Office
       500 East Broward Blvd., Suite 700
       Fort Lauderdale FL 33394
       Telephone: (954) 660-5792
       E-Mail: Alexander.DerGarabedian@usdoj.gov

      *Counsel for Respondents*