Verde Law Firm, PLLC.
Rafael Verde, Esq
Counsel for Petitioner
850 NW 42nd Ave
Ste. 306
Miami, FL 33126

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALEJANDRO COLUMBIE CASTILLO,

                    Petitioner,

        v.

Warden of Broward Transitional Center,

GARRET J. RIPA, in his official capacity as
ICE Field Director,

Secretary of the Department of
Homeland Security,

PAMELA BONDI, in her official
capacity as the United States Attorney
General,

                   Respondents.

Case No. 0:26-CV-60812-CIV-DAMIAN

**PETITIONER'S JOINT STATUS REPORT**

IMMIGRATION HABEAS CASE

## JOINT STATUS REPORT

Petitioner, by and through undersigned counsel, and Respondents, by and through their undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's Order.

**1 - Bond Hearing**

On May 4, 2026, Petitioner appeared for a bond hearing before an Immigration Judge. Following the hearing, the Immigration Judge granted bond in the amount of $15,000.

**2 - Conditions of Release**

As a condition of release, the Immigration Judge ordered that the government retain custody of Petitioner's original passport.

**3 - Status of Release**

Petitioner's family paid and posted the bond on May 6, 2026, and Petitioner was released from the detention center on the same date.

**4 - Status of the Petition**

In light of Petitioner's release from custody following the posting of bond, Petitioner submits that the relief sought in the Petition has been satisfied. This Joint Status Report is submitted in compliance with the Court's Order requiring the parties to provide an update regarding Petitioner's custody status.

**5 - Certification Pursuant to Court Order**

Counsel for Petitioner conferred with counsel for Respondents regarding the contents of this Joint Status Report. Respondents do not object to the representations made herein.

PETITION FOR WRIT OF HABEAS CORPUS - 1

Respectfully submitted,

DATED this 7th of May, 2026.

/s/ **Rafael Verde**

Rafael Verde, Esq.
Counsel for Petitioner
850 NW 42nd Ave
Ste. 306
Miami, FL 33126
EOIR ID: HH284988
*Attorneys for Petitioner*

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By:     s/ *Alexander N. DerGarabedian*
Alexander N. DerGarabedian
ASSISTANT U.S. ATTORNEY
Court ID A5503439
United States Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale FL 33394
Telephone: (954) 660-5792
E-Mail: Alexander.DerGarabedian@usdoj.gov
*Counsel for Respondents*

PETITION FOR WRIT OF HABEAS CORPUS - 2