UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60812-CIV-DAMIAN

ALEJANDRO COLUMBIE CASTILLO,

      Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Petitioner's Joint Status Report, filed on May 7, 2026, indicating that Petitioner was afforded a bond hearing on May 4, 2026, and that the Immigration Judge granted bond. [ECF No. 9]. Petitioner further indicates that, in light of Petitioner's release from custody, the relief sought in the Petition has been satisfied.

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 18th day of May, 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record